■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TED BROWN, Appellant. [637 NYS2d 199] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered June 14, 1993, convicting him of rape in the first degree (five counts), sodomy in the first degree (five counts), sexual abuse in the first degree, assault in the second degree (four counts), unlawful imprisonment in the first degree (two counts), and criminal possession of a weapon in the fourth degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to prove his guilt of rape in the first degree and sodomy in the first degree by legally sufficient evidence is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that the evidence was legally sufficient to establish the defendant's guilt beyond a reasonable doubt.

Moreover, resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari*, 176 NY 84, 94; *People v*

*Caban,* 120 AD2d 603). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Miller, Ritter and Pizzuto, JJ., concur.